UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FILED
CLERK, U.S. DISTRICT COURT
JUN 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| SHAUN DURAND LEE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>P. L. VAQUES, DIRECTOR OF (W.S.P.),<br><br>　　　　Respondent. | CV 09-7622 GW (FFM)<br><br>JUDGMENT |

Pursuant to the Order re Summary Dismissal of Action Without Prejudice,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 7, 2010

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　United States District Judge